**In the United States District Court for the Eastern District of Virginia**
**Alexandria Division**

| | |
|---|---|
| **United States of America**        ) | |
| ) | |
| v.        ) | Case No. 1:25cr238 |
| ) | Hon. Michael S. Nachmanoff |
| **Donelle Kirlew,**        ) | |
| ) | |
| ) | |

## Unopposed Motion to Continue

Counsel respectfully requests that the Court continue the Sentencing Hearing currently set for December 12, 2025 by approximately six weeks. The government, through Assistant U.S. Attorney Ron Walutes, does not oppose this continuance. Mr. Kirlew is aware of this request and concurs in its necessity.

Mr. Kirlew's first felony arrest occurred at nine years old – and counsel is working to obtain records of both the exceptional circumstances leading up to a nine-year old's arrest and the incarceration and treatment that resulted. ECF No. 26, Draft PSR, at ¶55. These records are necessary to properly represent Mr. Kirlew at sentencing on the factors laid out in 18 U.S.C. §3553(a). As the Court is aware, obtaining juvenile records requires lengthier processes than obtaining those for adult convictions.

In addition, counsel requests additional time because of an exceptionally high demand in other case obligations in the first two weeks of December – specifically, four sentencings and memorandums in cases with ten-year mandatory minimums; trials on December 4 and December 8-9; responding to the government's petition for cert at the Supreme Court in *United States v. Johnson*, case no. 1:97cr314; complying with a complex, post-plea forfeiture investigation in an $197 million Ponzi scheme; as well as other case obligations.

The continuance will allow counsel adequate time to obtain the records; complete an investigation into Mr. Kirlew's prior arrests, convictions, and treatment; and criminal case.

Dated: November 20, 2025          By:     _____/s/_____

                                          Nathaniel Wenstrup
                                          Assistant Federal Public Defender
                                          Virginia State Bar No. 96324
                                          1650 King Street, Suite 500
                                          Alexandria, VA 22314
                                          Nate_Wenstrup@fd.org
                                          (703) 600-0825 – direct